450 A.2d 222

Commonwealth v. Hill a/k/a Teddy, Appellant.
Petition for Allowance of Appeal
Denied Dec. 6, 1982.

Submitted May 22, 1981. David G. Metinko, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, MONTGOMERY and VAN der VOORT, JJ.

Judgment of sentence affirmed.